DNJ-CR-022 Order Regarding Use of Video Conferencing/Teleconferencing (Rev. 06/2022)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | * | |
|---|---|---|
| | * | |
| v. | * | CRIM. NO. |
| | * | |
| BENJAMIN SIECZKOWSKI | * | |
| | * | |

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING

In accordance with the operative COVID-19 Standing Orders, this Court finds:

[✓] That the Defendant (or the Juvenile) has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

The proceeding(s) held on this date may be conducted by:

[✓] Video Teleconferencing

[ ] Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

[ ] The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

[ ] Other:

Date: Jun 5, 2024

/s/ Andrea D. Bergman
Honorable Andrea D. Bergman
United States Magistrate Judge