UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Andrea D. Bergman |
| v. | : | Mag. No. 23-01154 |
| BENJAMIN SIECZKOWSKI | : | ORDER FOR DISMISSAL |

Under Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, Philip R. Sellinger, the United States Attorney for the District of New Jersey, hereby dismisses Violation No. E1119610 against defendant Benjamin Sieczkowski, which was filed on October 3, 2023 charging him with destruction of government property in violation of 18 U.S.C. § 1361, because further prosecution is not in the interests of the United States at this time.

This dismissal is without prejudice.

_____
PHILIP R. SELLINGER
UNITED STATES ATTORNEY

Leave of Court is granted for the filing of the foregoing dismissal.

_____
HON. ANDREA D. BERGMAN
United States Magistrate Judge

Dated: June 5, 2024